# United States District Court
## Southern District of Georgia

Case No. **CV205-106**

Malissia Chance
_____
Plaintiff

v.

Merck & Co., Inc.
_____
Defendant

Appearing on behalf of

Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of June, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
***

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUN -1 A 10: 2
CLERK
SO. DIST. OF GA.

**NAME OF PETITIONER:** Stephanie J. Hartley

**Business Address:** Spohrer, Wilner, Maxwell & Matthews, P.A.
Firm/Business Name

701 West Adams Street
Street Address

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |