# United States District Court
## Southern District of Georgia

Malissia Chance  
_____  
Plaintiff

v.

Merck & Co., Inc.  
_____  
Defendant

Case No. **CV205-106**

Appearing on behalf of

Plaintiff  
_____  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of June, 2005.

FILED  
U.S. DIST. COURT  
BRUNSWICK DIV.  
2005 JUN -1 A 10: 2_  
CLERK  
SO. DIST. OF GA.

JAMES E. GRAHAM  
UNITED STATES MAGISTRATE JUDGE  
***

**NAME OF PETITIONER:** Stephanie J. Hartley

**Business Address:** Spohrer, Wilner, Maxwell & Matthews, P.A.  
Firm/Business Name

701 West Adams Street  
Street Address

| Suite 2 | Jacksonville | FL | 32204 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, State, Zip |
|---|---|
| (904) 354-8310 | |
| Telephone Number (w/ area code) | Georgia Bar Number |